# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MOISES HUERTA,                          )  Case No. CV 09-7061-JFW (JEM)
                                        )
                    Petitioner,         )  ORDER ADOPTING FINDINGS,
                                        )  CONCLUSIONS, AND
        v.                              )  RECOMMENDATIONS OF UNITED
                                        )  STATES MAGISTRATE JUDGE
WARDEN,                                 )
                                        )
                    Respondent.         )
_____ )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendations has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

        IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.


DATED: _____1/26/10_____          _____
                                                        JOHN F. WALTER
                                              UNITED STATES DISTRICT JUDGE