# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES HUERTA, | ) Case No. CV 09-7061-JFW (JEM) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| WARDEN, | ) |
| Respondent. | ) |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: 1/26/10

                                                   JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE